**Order entered October 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00379-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant**

**V.**

**SHERI KOWALSKI, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03723-E**

## ORDER

Before the Court is appellee's unopposed motion for a seven-day extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 11, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE